DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHILOH FRIEND,**
Appellant,

v.

**CARLOS SERPA, JR.,**
Appellee.

No. 4D2024-2959

[December 17, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2022-DR-000981-XXXX-MB.

Shiloh Friend, Lake Worth, pro se.

Carlos Serpa, Jr., Boynton Beach, pro se.

PER CURIAM.

We affirm on the merits without discussion. We write, however, to address the appellee's use of multiple citations to cases which do not, in fact, exist. Such phantom authority cannot assist any litigant and must be expressly disregarded by this court. Attorneys and those, like appellee, who proceed pro se are responsible for the content of their submissions to the court. Those who use artificial intelligence to assist in these submissions must ensure their accuracy. While we decline to do so here, this court has the authority to sanction appellee under Florida Rule of Appellate Procedure 9.410(a) for failure to comply with Florida Rule of Appellate Procedure 9.210(c). *See Goya v. Hayashida*, 418 So. 3d 652, 656 (Fla. 4th DCA 2025) (citing *Gutierrez v. Gutierrez*, 399 So. 3d 1185, 1188 (Fla. 3d DCA 2024)).

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*        \*        \*

*Not final until disposition of timely-filed motion for rehearing.*